## Third Department, November, 1936.
### (November 11, 1936.)

In the Matter of the Application of Richard Hopkins for Permission to Appeal to the Appellate Division of the Supreme Court, Third Judicial Department, as a Poor Person, in an Action Entitled: County Court — Cortland County. The People of the State of New York v. Richard Hopkins, Defendant.— Motion for leave to appeal to the Appellate Division as a poor person on typewritten papers denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of John H. Lloyd Agency, Inc., and Others, Relators, for an Order of Certiorari against Louis H. Pink, Superintendent of Insurance of the State of New York, Respondent.— Motion for reargument of motion denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of James O'Brien, Appellant, against Charles Greenfield, Doing Business as the Shore Road Hospital, and Another, Respondents. State Industrial Board, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten copies of the complete record, and brief, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Jules Pepin, Appellant, against Bert Mussen, Respondent. State Industrial Board, Respondent.— Decision of motion held pending the submission to this court of a typewritten record, with a memorandum citing the errors complained of, and establishing a meritorious claim. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

Joseph Rice, Appellant, v. The State of New York, Respondent.— Motion for leave to appeal to the Appellate Division on typewritten papers denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Otto Seigmann, Appellant, against Mideastern Construction Company, Respondent. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. These motions are denied on the merits, and on the further ground that the moving party has failed to set forth a copy of the decision of this court as required by the rules thereof. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Joseph Sciocca, Respondent, against Sutton Glass and Mirror Company, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Elizabeth Montgomery, Respondent, against Mrs. George Backer and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Adam Plona, Respondent, against Brooklyn 'and Queens Transit Corporation, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. These motions are denied on the merits, and on